D.

FILED BY /s/ D.C.
05 JUN -1 PM 6:01

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. TN. MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 31 PM 1:37

Robert R. Di Tolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                       No. 03-20124-D

ANTONIO NEAL,

    Defendant.

---

### MOTION TO SET RESENTENCING

---

Comes now the defendant, Antonio Neal, by and through his court-appointed counsel of record, Michael J. Stengel, Esq., and in light of the Sixth Circuit's order filed March 30, 2005 (Exhibit A), moves this Court to set his resentencing.

                                           Respectfully submitted,

**MOTION GRANTED**
DATE: May 31, 2005
/s/ Bernice Bouie Donald
**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

                                       /s/ Michael J. Stengel
                                       Michael J. Stengel (12260)
                                       Attorney for Defendant
                                       50 N. Front Street, Suite 850
                                       Memphis, Tennessee   38103
                                       (901)   527-3535

### Certificate of Service

    I hereby certify that I have served a copy of the foregoing upon Ms. Lorraine Craig, Assistant United States Attorney, 167 N. Main Street, Room 800, Memphis, Tennessee 38103, this 31st day of May, 2005.

                                          /s/ Michael J. Stengel
                                         Michael J. Stengel

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-2-05

170

Case No: 04-5595

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ANTONIO NEAL

    Defendant - Appellant

**FILED**

MAR 3 0 2005

**LEONARD GREEN, Clerk**

Upon consideration of the appellant's motion to remand for resentencing in light of Supreme Court's decision in US v. Booker,

And further considering the appellee's opposition thereto,

Is it **ORDERED** that the motion be and it hereby is **GRANTED** and this case is hereby **REMANDED** in light of Booker.

ENTERED BY ORDER OF THE COURT

*Leonard Green/pgg*
Leonard Green, Clerk

EXHIBIT A

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 170 in case 2:03-CR-20124 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT