# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 JUN 21 PM 3: 4

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA** )
)      CR. No. 03-20124-D
**vs.** )
)
**ANTONIO NEAL** )

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

__Antonio Neal__ applies to the Court for a Writ to have __him__, now being detained in the __FCI - Memphis__, appear before the Honorable __B. Donald__ on (day) __22__, (month) __JUNE__, 2005, at (time) __11:30 AM__ for __RESENTCING__ and for such other appearances as this Court may direct.

Respectfully submitted this __21__ day of __June__, 2005.

_[signature]_
**Attorney**

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

SHERIFF/WARDEN, __FCI - Memphis__

YOU ARE HEREBY COMMANDED to have __A. Neal__ appear before the Honorable __Donald__ at the date and time aforementioned.

ENTERED this __21__ day of __June__, 2005.

_[signature]_
**UNITED STATES JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __6-21-05__

(176)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 176 in case 2:03-CR-20124 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Honorable Bernice Donald
US DISTRICT COURT