UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ /s/ _____ D.C.

05 JUN 23 AM 6: 37

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

UNITED STATES OF AMERICA )
) CR. No. 03-20124-D
vs. )
)
ANTONIO NEAL )

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

__Antonio Neal__ applies to the Court for a Writ to have __him__, now being detained in the __FCI - Memphis__, appear before the Honorable __B. Donald__ on (day) __30th__, (month) __June__, 2005, at (time) __10:30am__ for __resentencing__ and for such other appearances as this Court may direct.

Respectfully submitted this 22 day of June, 2005

_____
Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

SHERIFF/WARDEN, __FCI - Memphis__

YOU ARE HEREBY COMMANDED to have __A. Neal__ appear before the Honorable __B. Donald__ at the date and time aforementioned.

ENTERED this 22 day of June, 2005

_____
UNITED STATES JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-24-05

(178)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 178 in case 2:03-CR-20124 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT